**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WATKINS FARMS, INC.;**                                          **PLAINTIFFS**
**MICHAEL WATKINS and**
**TERESA WATKINS;**
**STEVE WATKINS and**
**BRENDA WATKINS**

**v.**                      **CASE NO. 3:09CV00064 BSM**

**REGIONS BANK**                                                     **DEFENDANT**

## ORDER

Defendant's motion to compel arbitration [Doc. No. 4] is granted and these proceedings are stayed in their entirety pending arbitration. Defendant moved to compel arbitration on May 8, 2009 and on June 4, 2009, plaintiffs notified defendant and the court that they did not oppose the motion but wanted the case to remain open for enforcement of any award.

IT IS SO ORDERED this 25th day of June, 2009.

                                                             /s/ Brian S. Miller
                                                       UNITED STATES DISTRICT JUDGE