UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WATKINS FARMS, INC.; MICHAEL
WATKINS; TERESA WATKINS; STEVE
WATKINS; and BRENDA WATKINS                               PLAINTIFFS

v.                   CASE NO. 3:09cv00064 BSM

REGIONS BANK                                               DEFENDANT

## JUDGMENT

In accordance with the order entered today confirming the arbitration award, judgment is entered in favor of defendant Regions Bank. This case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE