FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 6 2011

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WATKINS FARMS, INC.; MICHAEL
WATKINS; TERESA WATKINS;
STEVE WATKINS and BRENDA
WATKINS                                                                         PLAINTIFFS

vs.                    No. 3:09cv00064 BSM

REGIONS BANK                                                                   DEFENDANT

SOUTHERN BANK OF COMMERCE                                   GARNISHEE

## ORDER FOR PAYMENT

1.     On May 13, 2011, a Judgment was entered in the above styled cause against the plaintiff, Watkins Farms, Inc., in the sum of $158,676.01, plus post judgment interest at the legal rate, for which execution and garnishment may issue.

2.     There remains due and owing to the defendant, Regions Bank, a balance of $158,676.01, plus post judgment interest from May 13, 2011, at the legal rate.

3.     On or about June 6, 2011, plaintiff caused to be issued a Writ of Execution to garnishee, Southern Bank of Commerce. Said Writ of Garnishment was served upon the Garnishee on or about July 28, 2011.

4.     The garnishee, Southern Bank of Commerce, has acknowledged that it is holding funds belonging to Watkins Farms, Inc. in the amount of $1,739.43. See letter attached as Exhibit "A".

5.     Based upon the foregoing, the court finds that the defendant, Regions Bank, is entitled to an Order directing garnishee, Southern Bank of Commerce, to pay to the

defendant, Regions Bank, he sum of $1,739.43 to be applied to the payment of the Judgment as above stated in this action.

THEREFORE, garnishee, Southern Bank of Commerce, is hereby directed to pay to the defendant, Regions Bank, c/o Snellgrove, Langley, Culpepper, Williams & Mullally, P.O. Box 1346, Jonesboro, AR 72401, the sum of $1,739.43.

_____
BRIAN S. MILLER
United States District Judge

DATE: 8-26-11

APPROVED AS TO FORM:

_____
MALCOLM CULPEPPER
Attorney for Defendant


_____
MARY ANNE ABRAMS
Operations Support for Garnishee

# Southern BANK

August 1, 2011

To whom it may concern:

Watkins Farms, Inc. is an account owner of Southern Bank and holds a balance, as of this date, of $1,739.43. If you have any further questions, please give me a call.

Thank you,

*Mary Anne Abrams*

Mary Anne Abrams
Operations Support
www.bankwithsouthern.com
573-778-1800 ext. 1848

**EXHIBIT "A"**